AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

08 C 1101

## SUMMONS IN A CIVIL CASE

UNITED STATES OF AMERICA,

V.

TREMELL MURPHY,

CASE NUMBER:

ASSIGNED JUDGE: JUDGE ANDERSEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE DENLOW

TO: (Name and address of Defendant)

Tremell Murphy
3008 West 60th Street
Chicago, Illinois 60629

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PIERRE TALBERT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

February 22, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2/28/2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Irma Cerda | Paralegal |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: U.S. Attorney's Office
219 S. Dearborn St 5th Fl, Chgo, IL 60604

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/28/08
Date

Signature of Server: *Irma Cerda*

Address of Server: U.S. Attorney's Office - NDIL
219 S. Dearborn St. 5th Fl
Chgo IL 60604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.