Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 1101 | DATE | 3/3/2008 |
| CASE TITLE | United States of America vs. Tremell Murply | | |

**DOCKET ENTRY TEXT**

Enter stipulation for entry of consent judgment. It is hereby ordered that judgment is entered in favor of the United States, and against the defendant, Tremell Murphy, in the amount of $14,136.00. The district court shall retain jurisdiction over this case for purposes of enforcing the Consent Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|