UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1101 |
| v. ) | |
| ) | |
| TREMELL MURPHY, ) | Judge Andersen |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

The United States, by agreement and stipulation of the parties, and the court finding that it has jurisdiction over the subject matter and the parties, and that the allegations of the complaint and the entry of consent judgment are well taken; it is hereby

ORDERED that judgment is entered in favor of the United States, and against the defendant, Tremell Murphy, in the amount of $14,136.

ENTER:

_____
United States District Judge

Dated: March 3, 2008